IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAURA LEACH, *Plaintiff,* | § § § | |
| vs. | § § | Civil Action No.: 3:17-cv-02284-S |
| JOSE LEON-RAMIREZ AND GLOBAL TRANSPORT CORP., *Defendants.* | § § § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered the agreement of the parties as evidenced hereinbelow by the signatures of the parties' respective attorneys of record, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the cause of action brought by Plaintiff, LAURA LEACH against Defendants, JOSE LEON-RAMIREZ AND GLOBAL TRANSPORT CORP. is dismissed with prejudice, in its entirety, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all costs of court are to be paid by the party incurring same.

All other relief not expressly granted is hereby denied.

SIGNED ON this 6th day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT COURT

Page 1

**APPROVED AS TO FORM AND CONTENT:**


By: */s/ Ragan Speer per email authority 9/5/18*
    Todd Clement
    State Bar No. 04361525
    The Clement Firm
    17855 Dallas Parkway, Suite 155
    Dallas, Texas 75287
    Tel: 972-250-9250
    Fax: 972-250-2343
    clement@clementfirm.com
    Ragan N. Speer (Associate Atty.)
    State Bar No.: 24072361
    ragan@clementfirm.com
    **ATTORNEYS FOR PLAINTIFF**


**APPROVED AS TO FORM AND CONTENT:**


By: */s/ Paul Bezney*
    Paul A. Bezney
    State Bar No. 00787077
    Emily DeJong
    State Bar No. 24069598
    **ADKERSON, HAUDER & BEZNEY, P.C.**
    1700 Pacific Avenue, Suite 4450
    Dallas, Texas 75201-7323
    Telephone: 214/740-2500
    Facsimile: 214/740-2501
    bezney@ahblaw.net
    **ATTORNEYS FOR DEFENDANTS**